# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC RIVERA-JIMENEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI MENDOTA,<br><br>Respondent. | Case No. 1:24-cv-01535 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT AND CLOSE THIS CASE<br>(Doc. 9)<br><br>NO CERTIFICATE OF APPEALABILITY IS REQUIRED |

Isaac Rivera-Jimenez is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 related to a rules violation report and disciplinary proceeding. (*See generally* Doc. 7.) The magistrate judge performed a preliminary review of the petition and found Petitioner failed to state a claim for habeas relief. (Doc. 9 at 1-4.) Therefore, the magistrate judge recommended the Court dismiss the petition with prejudice. (*Id.* at 1, 4.)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 21 days. (Doc. 9 at 4.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. In the event a notice of appeal is filed, a certificate of appealability will not be required, because this is an order denying a petition pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 13, 2025 (Doc. 9) are **ADOPTED** in full.
2. The petition for writ of habeas corpus is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to enter judgment and close the case.
4. In the event a notice of appeal is filed, a certificate of appealability is not required. This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **March 17, 2025**

UNITED STATES DISTRICT JUDGE