1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ISAAC RIVERA-JIMENEZ, | Case No. 1:24-cv-01535 JLT SKO (HC) |
|---|---|
| Petitioner, | ORDER DISREGARDING PETITIONER'S UNTIMELY OBJECTIONS |
| v. | (Doc. 12) |
| WARDEN, FCI MENDOTA, | |
| Respondent. | |

      On February 13, 2025, the magistrate judge issued Findings and Recommendations, recommending the Court dismiss the petition for failure to state a cognizable claim for habeas relief. (Doc. 9.) The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 21 days. (*Id*. at 4.) The Court also advised Petitioner the failure to file timely objections may result in the waiver of rights. (*Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)

      On March 18, 2025, the Court performed a *de novo* review of the matter, dismissed the petition, and entered judgment. (Docs. 10, 11.) After the Court entered judgment—33 days after the date of service of the Findings and Recommendations—the Court received objections signed and dated March 17, 2025. (Doc. 29 at 2.) Even assuming the objections were submitted to the prison mailing system the same date, the filing is untimely as the objections were dated beyond the deadline ordered by the Court. Petitioner did not seek an extension of time to file objections,


1 and he does not explain the delay in any manner. (*See generally* Doc. 12.) For this reason, Petitioner's untimely objections shall be disregarded.[1] *See, e.g., Branch v. Yates*, 2011 WL 443639, at *1 (E.D. Cal. Feb. 3, 2011) (disregarding objections filed by a petitioner as untimely when filed beyond the objection period). Thus, the Court **ORDERS**:

1. Petitioner's untimely objections to the Findings and Recommendations are **DISREGARDED**.
2. The action **SHALL** remain closed.

IT IS SO ORDERED.

Dated: __March 21, 2025__                                   /s/ Jennifer L. Thurston
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] Nevertheless, the Court reviewed the objections, and Petitioner does not identify allegations in his amended petition that support a conclusion he stated a cognizable claim for habeas relief. He has shown no damages resulting from the delayed provision of the report. He was aware of where the phone was found and whether he knew how or when it was placed there or who placed it there was within his own knowledge regardless of when he received the report. Thus, even were the Court to consider Petitioner's untimely objections, they are unavailing.